UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:08-cv-81386-KAM

ANDREA KLEOPA, as attorney in fact
for and on behalf of HELEN DEMOS,

      Plaintiff,

vs.                            **AMENDED COMPLAINT**

PRUDENTIAL INVESTMENT
MANAGEMENT, INC. and
GOLD COAST PROPERTY
MAINTENANCE, INC.,

      Defendants.
_____/

The Plaintiff, ANDREA KLEOPA, as attorney in fact for and on behalf of HELEN

DEMOS, by and through her undersigned counsel, files this Complaint and sues Defendants,

PRUDENTIAL INVESTMENT MANAGEMENT, INC. (hereinafter "PRUDENTIAL") and

GOLD COAST PROPERTY MAINTENANCE, INC. (hereinafter "GOLD COAST"), and

states:

    1.     This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

    2.     At all times material hereto, the Plaintiff, HELEN DEMOS, was and is a resident

of Palm Beach County, Florida.

    3.     At all times material hereto, the Defendant, PRUDENTIAL INVESTMENT

MANAGEMENT, INC., was a foreign corporation authorized and doing business in Palm Beach

County, Florida.

4.      At all time material hereto, the Defendant, GOLD COAST PROPERTY
MAINTENANCE, INC., was a Florida corporation authorized and doing business in Palm Beach
County, Florida.

COUNT I

NEGLIGENCE OF PRUDENTIAL INVESTMENT MANAGEMENT, INC.

5.      Plaintiff realleges and reavers paragraphs 1 through 4 as though fully set forth
herein.

6.      On February 8, 2008, the Defendant, PRUDENTIAL, owned and/or possessed
and controlled the Garden Shops at Boca located on West Palmetto Park Road, Boca Raton,
Palm Beach County, Florida.

7.      At that time and place, the Plaintiff, HELEN DEMOS, was a business invitee of
Defendant, PRUDENTIAL.

8.      The Defendant, PRUDENTIAL, negligently failed to maintain its premises in a
reasonably safe condition or negligently failed to correct and/or warn of a dangerous condition
which it knew or should have known by the use of reasonable care.

9.      As a result of the Defendant's negligence, the Plaintiff, HELEN DEMOS, fell on
the Defendant's property resulting in injuries in and about her body and extremities, suffered
pain therein, disability, emotional distress, mental anguish, loss of capacity for the enjoyment of
life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a
previously existing condition.  The losses are either permanent or continuing, and the Plaintiff
will continue to suffer these losses in the future.

WHEREFORE, the Plaintiff, ANDREA KLEOPA, as attorney in fact for and on behalf
of HELEN DEMOS, demands judgment against the Defendant, PRUDENTIAL INVESTMENT

MANAGEMENT, INC., and demands costs and post-judgment interest and trial by jury of all issues so triable.

COUNT II

NEGLIGENCE OF GOLD COAST PROPERTY MAINTENANCE, INC.

10.    Plaintiff realleges and reavers paragraphs 1 through 4 as though fully set forth herein.

11.    At all times material hereto, the Defendant, GOLD COAST, was contractually obligated by the owner of the Garden Shops of Boca to maintain the exterior premises at the Garden Shops of Boca, including but not limited to the area where the Plaintiff fell.

11.    The defendant, GOLD COAST, negligently failed to maintain the premises at the Garden Shops of Boca in a reasonably safe condition or negligently failed to correct and/or warn of a dangerous condition which it knew or should have known by use of reasonable care.

12.    As a result of the Defendant's negligence, the Plaintiff, HELEN DEMOS, fell on the premises at the Garden Shops of Boca resulting in injuries in and about her body and extremities, suffered pain therein, disability, emotional distress, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing, and the Plaintiff will continue to suffer these losses in the future.

WHEREFORE, the Plaintiff, ANDREA KLEOPA, as attorney in fact for and on behalf of HELEN DEMOS, demands judgment against the Defendant, GOLD COAST PROPERTY MAINTENANCE, INC., and demands costs and post-judgment interest and trial by jury of all issues so triable.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished, by U.S. mail,

this __5__ day of ~~January~~ February, 2009, to Scott P. Yount, Esquire, GARRISON, YOUNT, FORTE,

& MULCAHY, L.L.C., 423 South Hyde Park Avenue, Tampa, FL  33606.

WILLIAM E. JOHNSON, P.A.
Attorneys for Plaintiff
477 South Rosemary Avenue, Suite 303
West Palm Beach, FL  33401
Telephone:  (561) 832-4848
Facsimile:  (561) 832-4838
Email:  wjohnson@wjohnsonlaw.com


By_____
WILLIAM E. JOHNSON
Florida Bar No. 372269